[No. 23112-3-II.    Division Two.    July 9, 1999.]

*In the Matter of the Marriage of* JEFFREY M. CORTAZZO, *Appellant*, and MARSHA R. MCINTIRE, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 90-3-00267-4, Brian Tollefson, J., entered March 18, 1998. *Affirmed* by unpublished opinion per Armstrong, A.C.J., concurred in by Seinfeld and Houghton, JJ.

[No. 23170-1-II.    Division Two.    July 9, 1999.]

JAMES CURLEY, *Appellant*, v. PAUL C. MOUNTFORD, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 95-2-03158-9, Jay B. Roof, J., entered April 9, 1998. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Seinfeld and Houghton, JJ.

[No. 39571-8-I.    Division One.    July 12, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. KEITH CAMPBELL ANDERS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-04316-4, Nicole MacInnes, J., entered October 7, 1996. *Affirmed* by unpublished per curiam opinion.

[No. 40711-2-I.    Division One.    July 12, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. DIMAS D. GONZALEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-06300-9, Brian D. Gain, J., entered April 14, 1997. *Affirmed* by unpublished per curiam opinion.